# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUN HUANG INC., A NEVADA
CORPORATION,
Appellant,
vs.
BAC HOME LOANS SERVICING, LP,
FORM AND TYPE OF ENTITY
UNKNOWN; AND QUALITY LOAN
SERVICE CORPORATION, A
CALIFORNIA CORPORATION,
Respondents.

No. 67605

FILED

JAN 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order dismissing a quiet title action. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Having considered the record, we agree with the district court that the circumstances of this case do not warrant applying the public policy exception to claim preclusion. *See Five Star Capital Corp. v. Ruby*, 124 Nev. 1048, 1059, 194 P.3d 709, 716 (2008) (observing that the failure to appeal an adverse judgment in a previous lawsuit does not justify applying the public policy exception to claim preclusion in a second lawsuit). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Hon. Mark R. Denton, District Judge
Joseph Y. Hong
Akerman LLP/Las Vegas
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A